**AFFIRMED; Opinion Filed February 27, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00452-CR
No. 05-13-00453-CR
No. 05-13-00454-CR

**FABIAN FEDRICE GARZA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-28079-H, F12-24798-H, F12-27927-H**

## MEMORANDUM OPINION

Before Justices FitzGerald, Fillmore, and Evans
Opinion by Justice Evans

Fabian Fedrice Garza waived a jury and pleaded guilty to the offenses of theft from person, theft of property valued at $1,500 or more but less than $20,000, and burglary of a habitation. *See* TEX. PENAL CODE ANN. §§ 30.02(a), 31.03(b), (e)(4) (West 2011 & Supp. 2013). After finding appellant guilty, the trial court assessed punishment at twelve years' imprisonment for the burglary and two years' confinement in state jail for each theft conviction. On appeal, appellant's attorney filed a brief in which she concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967).

The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response.

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeals are frivolous and without merit. We find nothing in the record that might arguably support the appeals.

We affirm the trial court's judgments.

/ David Evans/
DAVID EVANS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
130352F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

FABIAN FEDRICE GARZA, Appellant

No. 05-13-00452-CR          V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 1 of Dallas County, Texas (Tr.Ct.No.
F12-28079-H).
Opinion delivered by Justice Evans,
Justices FitzGerald and Fillmore
participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered February 27, 2014.

/ David Evans/
DAVID EVANS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

FABIAN FEDRICE GARZA, Appellant

No. 05-13-00453-CR          V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 1 of Dallas County, Texas (Tr.Ct.No.
F12-24798-H).
Opinion delivered by Justice Evans,
Justices FitzGerald and Fillmore
participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered February 27, 2014.

/ David Evans/
DAVID EVANS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

FABIAN FEDRICE GARZA, Appellant

No. 05-13-00454-CR          V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court No. 1 of Dallas County, Texas (Tr.Ct.No. F12-27927-H).
Opinion delivered by Justice Evans, Justices FitzGerald and Fillmore participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered February 27, 2014.

/ David Evans/
DAVID EVANS
JUSTICE